1 | STEPHEN J. ERIGERO (SBN 121616)
E. LACEY RICE (SBN 266748)
2 | JESSICA B. DO (SBN 317517)
ROPERS, MAJESKI, KOHN & BENTLEY
3 | 445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
4 | Telephone: (213) 312-2000
Facsimile: (213) 312-2001
5 | Email: stephen.erigero@rmkb.com
lacey.rice@rmkb.com
6 | jessica.do@rmkb.com

7 | Attorneys for Defendant
SAFECO INSURANCE COMPANY OF
8 | AMERICA (erroneously sued as Safeco
Insurance Company)

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 SHAHNAZ NIKNAM, | CASE NO. _____ |
| 14         Plaintiff, | {Former Los Angeles Superior Court Case No. 19SMCV00764} |
| 15   v. | **NOTICE OF REMOVAL OF CIVIL ACTION TO THE DISTRICT COURT PURSUANT** |
| 16 SAFECO INSURANCE COMPANY, and Does 1 through 25, inclusive, | **TO 28 U.S.C. §§ 1332, 1441(b) and 1446 [DIVERSITY JURISDICTION];** |
| 17         Defendants. | |
| 18 | **DEMAND FOR JURY TRIAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE** |
| 19 | **RULE 38(a)** |

20

21

22

23 | **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO**

24 | **ALL PARTIES HEREIN:**

25 |     PLEASE TAKE NOTICE that Defendant SAFECO INSURANCE

26 | COMPANY OF AMERICA ("Defendant" or "Safeco") (erroneously sued as

27 | Safeco Insurance Company) hereby removes to this Court the State Court action

28 | described below:

4823-7631-4520.1           - 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1   1. Defendant Safeco Insurance Company of America is a named
2   defendant in a civil action commenced on April 22, 2019, in the Superior Court of
3   the State of California, for the County of Los Angeles, Case No. 19SMCV00764,
4   entitled *Shahnaz Niknam v. Safeco Insurance Company*. True and correct copies of
5   the Summons and Complaint, and Notice of Case Assignment are attached hereto
6   as Exhibit "A".

7   2. The Summons and Complaint of Plaintiff Shahnaz Niknam
8   ("Plaintiff") were served on Corporation Service Company ("CSC"), Safeco's
9   designated agent for service of process in California, on May 7, 2019. Safeco
10  received copies of the Summons and Complaint on or about May 8, 2019, when
11  CSC forwarded copies of the Summons and Complaint, and Notice of Case
12  Assignment to Safeco.

13  3. A responsive pleading has not yet been filed.

14  4. The documents set forth in Exhibit "A" constitute all the process,
15  pleading, and supporting materials received by Defendant.

16  5. A civil action brought in state court of which the federal court has
17  original jurisdiction may be removed to the district court for the district embracing
18  the place where such action is pending. 28 U.S.C. § 1441(a). Federal courts have
19  jurisdiction over controversies before "citizens of different states" pursuant to 28
20  U.S.C. Section 1332 (a)(1) and Article III, Section 2, of the U.S. Constitution.
21  *Navarro Sav. Ass'n. v. Lee*, 446 U.S. 458, 460-61 (1980). Diversity jurisdiction
22  exists when the amount in controversy exceeds $75,000, exclusive of interest and
23  costs, and the parties are citizens of different states. 28 U.S.C. § 1332(a).
24  "Diversity jurisdiction, including the amount in controversy, is determined at the
25  instant of removal." *Kenneth Rothschild Trust v. Morgan Stanley Dean Witter*, 199
26  F. Supp. 2d 993, 1000 (C.D. Cal. 2002).

27  6. "This calculation takes into account claims for 'general' damages and
28  'special' damages (pain and suffering, as well as out-of-pocket loss)." *Richmond v.*

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

4823-7631-4520.1                                   - 2 -

1 *Allstate Ins. Co.*, 897 F. Supp. 447, 449-50 (S.D. Cal. 1995). The removing party

2 "need not predict the trier of fact's eventual award with one hundred percent

3 accuracy." *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004).

4 Instead, in measuring the amount in controversy, the Court must "assume that the

5 allegations of the complaint are true and assume that a jury [will] return[] a verdict

6 for the plaintiff on all claims made in the complaint." *Jackson v. American Bankers*

7 *Ins. Co. of Florida*, 976 F. Supp. 1450, 1454 (S.D. Ala. 1997); *see Kenneth*

8 *Rothschild Trust*, 199 F. Supp. 2d at 1001; *see also Burns v. Windsor Ins. Co.*, 31

9 F.3d 1092, 1096 (11th Cir. 1994) (observing the amount in controversy analysis

10 presumes that "plaintiff prevails on liability").

11       7.     The determination of citizenship for diversity purposes is governed by

12 federal rather than state law. *Rockwell Int'l Credit Corp. v. Unites States Aircraft*

13 *Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987), overruled on other grounds,

14 *Partington v. Gedan*, 923 F.2d 686 (9th Cir. 1991). In determining whether

15 diversity of citizenship exists, only the named defendants are considered.

16 *Newcombe v. Adolf Coors Co.*, 157 F3d 686, 690-91 (9th Cir. 1998). The

17 citizenship of defendants sued under fictitious names, such as "Doe" defendants, is

18 disregarded for diversity jurisdiction purposes. 28 U.S.C. § 1441(a); *Soliman v.*

19 *Philip Morris, Inc.* 311 F.3d 966, 971 (9th Cir. 2002). For diversity purposes, "a

20 corporation shall be deemed a citizen of any State by which it has been

21 incorporated and of the State where it has its principal place of business." 28 USC

22 § 1332(c)(1).

23       8.     "In determining whether removal is proper, a court may consider any

24 evidence so long as it reveals the situation that existed when the case was

25 removed." *Corbelle v. Sanyo Elec. Trading Co.*, Ltd., 2003 U.S. Dist. LEXIS

26 20339 (N.D. Cal. Nov. 4, 2003). For that reason, the Court's inquiry into the

27 citizenship of the parties and the amount in controversy is not confined to the face

28 of the complaint. *Valdez*, 372 F.3d at 1117. In addition to the complaint, the

4823-7631-4520.1        - 3 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1  district court may properly consider "facts in the removal petition" as well as

2  "summary-judgment-type evidence relevant to the amount in controversy at the

3  time of removal." *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th

4  Cir. 1997); *see White v. FCI USA, Inc.*, 319 F.3d 672, 675 (5th Cir. 2003); *Williams*

5  *v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001).

6       9.     This is a civil action over which this Court has original jurisdiction

7  under 28 U.S.C. Section 1332. This action may be removed to this Court by

8  Defendant, pursuant to the provisions of 28 U.S.C. Sections 1441(b) and 1446

9  because the amount in controversy exceeds $75,000 and there is complete diversity

10 of citizenship between Plaintiff and Defendant.

11      10.    There is complete diversity of citizenship between the real parties in

12 interest in this case, Plaintiff and Defendant because:

13           a.     The citizenship of the fictitious DOE defendants 1 through 25

14 are disregarded pursuant to 28 U.S.C. § 1441(b)(1). 28 USC §1441(a); *Soliman*,

15 311 F.3d at 971. Named defendants have no obligation to disclose the identity of

16 Doe defendants before discovery (*Newcombe*, 157 F3d at 690-691), or to negate the

17 existence of a potential defendant whose presence would destroy diversity (*see*

18 *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 (2005)). Therefore, inclusion of

19 "Doe" defendants in the Complaint has no effect on removability. *Newcombe*, 157

20 F.3d at 690-91.

21           b.     Defendant SAFECO INSURANCE COMPANY OF AMERICA

22 has been, and still is, a citizen of the State of New Hampshire, having been

23 incorporated under the laws of the State of New Hampshire, and continues to have

24 its principal place of business in Boston, Massachusetts. Declaration of Jessica B.

25 Do ("Do Decl."), ¶ 2, Exh. 1.

26           c.     Defendant SAFECO INSURANCE COMPANY OF AMERICA

27 is licensed to do business in California and in a majority of the other forty nine (49)

28 states. However, Defendant SAFECO INSURANCE COMPANY OF AMERICA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

4823-7631-4520.1

- 4 -

1  is not a "commercially domiciled insurer" within California, as that term is defined

2  in Section 1215.13 of the California Insurance Code. Do Decl., ¶ 3.

3         d.    Generally, a corporation may have dual citizenship: "(A)

4  corporation shall be deemed to be a citizen of every State and foreign state by

5  which it has been incorporated and of the State or foreign state where it has its

6  principal place of business . . ." 28 USC § 1332(c)(1). The phrase "principal place

7  of business" means the place where a corporation's high level officers direct,

8  control and coordinate its activities on a day-to-day basis. This is often referred to

9  as the corporation's "nerve center." *Hertz Corp. v. Friend*, 559 US 77, 80-81, 92-93

10  (2010) (rejecting all prior tests in favor of "nerve center" test).

11         e.    On information and belief, Plaintiff SHAHNAZ NIKNAM is an

12  individual that has been and continues to be a citizen of the State of California, and

13  as stated in the Complaint, resides in Los Angeles County, California. Complaint,

14  at Caption.

15         f.    Generally, a party's residence, here Los Angeles County in the

16  State of California, is "*prima facie*" evidence of citizenship unless the matter is

17  disputed. *State Farm Mut. Auto. Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir.

18  1994); *Stine v. Moore*, 213 F.2d 446, 448 (5th Cir. 1954).

19         g.    Plaintiff is a citizen of California, while Safeco is a citizen of

20  New Hampshire and Massachusetts. As such, there is complete diversity of

21  citizenship between the existing parties.

22       11.    The matter in controversy exceeds the sum or value of $75,000. The

23  Complaint directs the following causes of action against Safeco: (1) Violation of

24  California Business and Professions Code 17200 for Violation of Section 484(h) of

25  the California Penal Code; and (2) Violation of California Business and Professions

26  Code 17200 based in fraud. *See* Complaint, p. 7:10-9:4.[1]

27

28  _____

[1] The numbering of the paragraphs in the Complaint is not consistent. Accordingly, page and line numbers are used for references to the Complaint.

4823-7631-4520.1

- 5 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1    a. Plaintiff further alleges that Exhibits A through C demonstrate a

2 unauthorized charges on her credit card by Safeco. *See* Complaint, p.4:18-24, 5:1-

3 4. These charges total $1,132.41. *Id.*

4    b. In Prayer 1 of the Complaint, Plaintiff seeks "[r]eimbursement

5 of the charges to the credit card from the time the [P]laintiff did not have Safeco

6 Insurance and had switched to Farmers." Complaint, p. 9:6-7.

7    c. In Prayer 2 of the Complaint, Plaintiff seeks "[g]eneral damages

8 for mental anguish and emotional distress and other incidental damages in the sum

9 of $50,000.00". Complaint, p. 9:8-9.

10    d. In Prayer 3 of the Complaint, Plaintiff seeks "[p]unitive and

11 exemplary damages in the amount the court deems appropriate". Complaint, p.

12 9:10.

13   12. Thus, as set forth above, Plaintiff seeks in her Complaint general and

14 special damages for purported violations of the penal code, violations of

15 California's Business and Professions Code, and fraud, including alleged emotional

16 distress damages, and punitive damages. Complaint, Prayer for Relief. The

17 substantive law of California applies to this diversity action. *Aceves v. Allstate Ins.*

18 *Co.*, 68 F.3d 1160, 1163 (9th Cir. 1995).

19   16. Courts will also consider evidence of jury verdicts in cases involving

20 analogous facts when considering punitive damages for the amount in controversy.

21 *Simmons v. PCR Tech.*, 209 F.Supp.2d 1029, 1033 (N.D. Cal. 2002). Similar to the

22 instant action, the following cases involve claims for fraud. These cases also

23 provide examples where jury verdicts supported awards of punitive damages, which

24 would be sufficient to meet the jurisdictional minimum in the case at hand:

25    a. *Tan v. Farmers Insurance Exchange*, JVR No. 60996, 1990 WL

26 460569 (Cal. Superior. 1990), involved the theft of the insured's automobile and

27 the insured's subsequent denial of benefits. The jury found the insurer defendant

28 liable for breach of contract, bad faith, malice, fraud and oppression; and awarded

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1   $18,181 in economic damages, $50,000 in emotional damages, and $104,250 in
2   punitive damages.

3         b.      *Chodos v. Insurance Co. of North America*,126 Cal.App.3d 86
4   (Cal. App. 1981) involved an automobile accident and the insurer's subsequent
5   denial of benefits.  The jury found that the defendant insurer breached the duty of
6   good faith and fair dealing, and acted fraudulently.  The court upheld the following
7   jury verdict: $146.71 in compensatory damages; $5,000 for emotional distress; and
8   $200,000 in punitive damages.

9         c.      *Patricia H. Stewart v. Cal-Farm Insurance Company*, 38 Trials
10  Digest 08223, 1984 WL 588673 (Cal. Superior. 1984) involved claims of fraud and
11  intentional infliction of emotional distress, among others, against the plaintiff's
12  insurance company in handling a claim.  The jury awarded the plaintiff $15,000 in
13  compensatory damages; $1,071.45 in policy benefits; and $125,000 in punitive
14  damages.

15        d.      Similar to the above cases, Plaintiff's claim is for damage of an
16  amount below the jurisdictional minimum; however, a jury verdict for punitive
17  damages just as in similar cases would be more than sufficient to meet the
18  jurisdictional minimum in the case at hand.

19        18.     Based on Plaintiff's Complaint, Plaintiff seeks compensatory damages
20  in excess of $75,000.  Plaintiff's Complaint claims general damages in the amount
21  of $50,000.  In addition, based on the Complaint, Plaintiff seeks emotional distress
22  damages, as well as punitive damages.  Taking into consideration Plaintiff's
23  damage claims for general and special damages, including emotional distress
24  damages and punitive damages, Plaintiff seeks damages in excess of $75,000, and
25  the amount in controversy requirement is met.

26        19.     Thus, this action may be removed to this Court by Defendant pursuant
27  to 28 U.S.C. §1441, subdivision (b), because the amount in controversy exceeds
28  $75,000, and there is complete diversity of citizenship between Plaintiff and Safeco

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

4823-7631-4520.1                            - 7 -

1   under 28 U.S.C. §1332 (a)(1)(c)(1).

2       20.    This notice of removal is timely because it was filed within 30 days of

3   the action becoming removable, and within one year after commencement of this

4   action.  28 U.S.C. §1446(c)(1).

5       21.  Pursuant to 28 U.S.C. § 1446, subdivision (a), Defendant has attached

6   "a copy of all process, pleadings, and orders served upon such defendant or

7   defendants" in this action hereto as Exhibit "A".

8       18.    A true and correct copy of this Notice of Removal shall be

9   contemporaneously filed in the office of the clerk for the Superior Court of San

10  Los Angeles.

11

Dated: June  6, 2019                    ROPERS, MAJESKI, KOHN &
12                                      BENTLEY

13

14                                      By:  /s/ Jessica B. Do
15                                          STEPHEN J. ERIGERO
                                           E. LACEY RICE
16                                          JESSICA B. DO
                                           SAFECO INSURANCE
17                                          COMPANY OF AMERICA
                                           (erroneously sued as Safeco
18                                          Insurance Company)

19

20

21

22

23

24

25

26

27

28

4823-7631-4520.1                        - 8 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1
## **DEMAND FOR JURY TRIAL**

2
Defendant SAFECO INSURANCE COMPANY OF AMERICA

3
(erroneously sued as Safeco Insurance Company) hereby demands a trial by jury as

4
provided by Rule 38(a) of the Federal Rules of Civil Procedure.

5

6
Dated: June 6, 2019                              ROPERS, MAJESKI, KOHN &
                                                 BENTLEY

7

8

9
By: */s/ Jessica B. Do*
                                                 STEPHEN J. ERIGERO

10
                                                 E. LACEY RICE
                                                 JESSICA B. DO

11
                                                 SAFECO INSURANCE
                                                 COMPANY OF AMERICA

12
                                                 (erroneously sued as Safeco
                                                 Insurance Company)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4823-7631-4520.1                         - 9 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

EXHIBIT A

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SAFECO INSURNACE COMPANY and Does 1 Through 25, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SHAHNAZ NIKNAM

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**APR 22 2019**

Sherri R. Carter, Executive Officer/Clerk of Court

By: Wynette Parker, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA
1725 Main Street, Santa Moninca, CA 90401

CASE NUMBER
*(Número del Caso):* **SMCV00764**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Shanaz Niknam,1128 S Rexford Dr. #2,los angeles,CA 90035,T(310)210-8042 shannaz.niknam26@gmail.com

| DATE: **APR 22 2019** | Sherri R. Carter, Clerk | Clerk, by | W. PARKER | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

10

SHAHNAZ NIKNAM
1128 S. Rexford Dr. #2
Los Angeles, CA 90035
Tel: (310) 210-8042
shahnaz.niknam26@gmail.com
PLAINTIFF IN PROPER

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 22 2019

Sherri R. Carter, Executive Officer/Clerk of Court
By: Wynette Parker, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, SANTA MONICA COURTHOUSE

SHAHNAZ NIKNAM

Plaintiffs,

vs.

SAFECO INSURANCE COMPANY, and

Does 1 through 25, inclusive,

Defendants.

Case No.: **19SMCV00764**

**VERIFIED CIVIL COMPLAINT FOR
VIOLATION OF STATUTORY DUTIES**

1-    Violation of California Business and Professions
Code 17200, Unlawful Competition Law, under
UNLAWFUL prong, in the meaning of violation of §484
(h) of California Penal Code,

2-    Violation of California Business and Professions
Code 17200, Unlawful Competition Law, under
FRAUDULENT prong, in the meaning of Civil Fraud

PLAINTIFF SHAHNAZ NIKNAM MAKES THE FOLLOWING VERIFIED STATEMENS

AND ALLEGARIONS SPECIFIED AS FOLLOWS:

**GENERAL ALLEGATIONS AND VERIFIED STATEMENTS
COMMON TO ALL CAUSES OF ACTION**

1-    **ALLEGED** The true names and capacities, whether individual, corporate, associate, or otherwise,

of Defendants, Does 1 through 25, inclusive, are unknown to Plaintiff, whom therefore sues said

Defendants by fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the

11

Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to plaintiff as herein alleged. Plaintiff is informed and believes that he is representative of a class of persons similarly situated in the State of California, who have been violated by the defendant SAFECO INSURANCE COMPANY USA (defendant hereinafter) in the meaning of relying on the defendant's implicit representation that the defendants and each of them would fully comply with the sections of California Code, while the defendants and each of them neither intended nor did fully comply with sections of California Code. Accordingly, at some point the plaintiff will seek court's permission to leave the court and amend this complaint to add those plaintiffs with similar interest as well as association of attorneys as it become necessary.

2- **ALLEGED** At all times herein mentioned, defendants, and each of them, were the agents and employees of each of the remaining defendants, and were at all times acting within the purpose and scope of said agency and employment, and each defendant has ratified and approved the acts of the agent.

3- **VERIFIED** Rule 3.1(a) (new) of California rules of professional conduct states:

Rule 3.1 Meritorious Claims and Contentions
(a) *A lawyer shall not:*
*(1) bring or continue an action, underline conduct a defense, assert a position in litigation, or take an appeal, without probable cause and for the purpose of harassing or maliciously injuring any person; or*
*(2) **present a** claim or **defense in litigation that is not warranted under existing law**, unless it can be supported by a good faith argument for an extension, modification, or reversal of the existing law.*

4- **VERIFIED** California Penal Code 118(a) states the following:

*Penal Code 118: (a) Every person who, having taken an oath that he or she will testify, declare, depose, or certify truly before any competent tribunal, officer, or person, in any of the cases in which the oath may by law of the State of California be administered, willfully and contrary to the oath, states as true any material matter which he or she knows to be false, and every person who testifies, declares, deposes, or certifies under penalty of perjury in any of the cases in which the testimony, declarations, depositions, or certification is permitted by law of the State of California under penalty of perjury and willfully states as true any material matter which he or she knows to be false, is guilty of perjury.*

5- **VERIFIED** Accordingly, verifying mutually exclusive statements constitutes commission of perjury. In short, if someone does not have sufficient information to admit or deny some statement and denies or admits that under penalty of perjury, either way commits perjury under PC118.

6- **VERIFIED** California Code of Civil Procedure 446(a) states the following:

*446. (a) Every pleading shall be subscribed by the party or his or her attorney. When the state, any county thereof, city, school district, district, public agency, or public corporation, or any officer of the state, or of any county thereof, city, school district, district, public agency, or public corporation, in his or her official capacity, is plaintiff, the answer shall be verified, unless an admission of the truth of the complaint might subject the party to a criminal prosecution, or, unless a county thereof, city, school district, district, public agency, or public corporation, or an officer of the state, or of any county, city, school district, district, public agency, or public corporation, in his or her official capacity, is defendant. **When the complaint is verified, the answer shall be verified.** In all cases of a verification of a pleading, the affidavit of the party shall state that the same is true of his own knowledge, except as to the matters which are therein stated on his or her information or belief, and as to those matters that he or she believes it to be true; and where a pleading is verified, it shall be by the affidavit of a party, unless the parties are absent from the county where the attorney has his or her office, or from some cause unable to verify it, or the facts are within the knowledge of his or her attorney or other person verifying the same.*

*When the pleading is verified by the attorney, or any other person except one of the parties, he or she shall set forth in the affidavit the reasons why it is not made by one of the parties.*

*When a corporation is a party, the verification may be made by any officer thereof. When the state, any county thereof, city, school district, district, public agency, or public corporation, or an officer of the state, or of any county thereof, city, school district, district, public agency, or public corporation, in his or her official capacity is plaintiff, the complaint need not be verified; and if the state, any county thereof, city, school district, district, public agency, or public corporation, or an officer of such state, county, city, school district, district, public agency, or public corporation, in his or her official capacity is defendant, its or his or her answer need not be verified.*

*When the verification is made by the attorney for the reason that the parties are absent from the county where he or she has his or her office, or from some other cause are unable to verify it, or when the verification is made on behalf of a corporation or public agency by any officer thereof, the attorney's or officer's affidavit shall state that he or she has read the pleading and that he or she is informed and believes the matters therein to be true and on that ground alleges that the matters stated therein are true. However, in those cases the pleadings shall not otherwise be considered as an affidavit or declaration establishing the facts therein alleged.*

*A person verifying a pleading need not swear to the truth or his or her belief in the truth of the matters stated therein but may, instead, assert the truth or his or her belief in the truth of those matters "under penalty of perjury."*

7- **VERIFIED** California law, under California's Penal Code 484(h) has criminalized charging a person of other's credit card without that person's authorization, which state the following:

**Penal Code 484(h):**
*Every retailer or other person who, with intent to defraud:*

*(a) Furnishes money, goods, services or anything else of value upon presentation of an access card obtained or retained in violation of Section 484e or an access card which he or she knows is a counterfeit access card or is forged, expired, or revoked, and who receives any payment therefor, is guilty of theft. If the payment received by the retailer or other person for all money, goods, services, and other things of value furnished in violation of this section exceeds nine hundred fifty dollars ($950) in any consecutive six-month period, then the same shall constitute grand theft.*

*(b) Presents for payment a sales slip or other evidence of an access card transaction, and receives payment therefor, without furnishing in the transaction money, goods, services, or anything else of value that is equal in value to the amount of the sales slip or other evidence of an access card transaction, is guilty of theft. If the difference between the value of all money, goods, services, and anything else of value actually furnished and the payment or payments received by the retailer or other person therefor upon presentation of a sales slip or other evidence of an access card transaction exceeds nine hundred fifty dollars ($950) in any consecutive six-month period, then the same shall constitute grand theft.*

8- **VERIFIED** On or about January 8th, 2019, the plaintiff noticed that the defendant had charged her credit card, on December 22nd, 2018. Plaintiff called the defendant and asked them to stop charging her credit card. (Exhibit A)

9- **VERIFIED** On or about February 12th, 2019 the plaintiff noticed that the defendant had charged her credit card on January 22nd, 2019 again. Plaintiff called the defendant and asked the defendant to stop doing her credit card. (Exhibit B)

10- **VERIFIED** On or about March 13th, 2019 the plaintiff noticed that the defendant had charged her credit card on February 28th, 2019 again. Plaintiff called the defendant and asked the defendant to stop charging her credit card. (Exhibit C)

11- **VERIFIED** On March 13th, 2019 the plaintiff sent the attached letter and asked the defendant to stop charging her credit card. (Exhibit D)

12- **VERIFIED** Said charges was supposedly for insurance premium on a car that the plaintiff did not anymore owned, as of January of 2019. (Exhibit E)

13- **VERIFIED** Plaintiff had contacted the defendant via phone call and brought the matter to the attention of the defendant to no avail.

14- **VERIFIED** Defendant's representatives promised to investigate the matter. Defendant and its representatives did not inform the plaintiff of the completion of their investigation, nor status of their investigation.

15- **VERIFIED** No report was provided to the plaintiff. But, the charges continued to appear on plaintiff's credit card.

16- **VERIFIED** The defendant knowingly and willfully continued charging the plaintiff's credit card.

17- **VERIFIED** Plaintiff had disputed the inaccurate information in the jurisdiction of this court.

18- **VERIFIED** At all times herein, Plaintiff, relied on the Defendant's expertise and trusted the Defendant with his welfare, to put the plaintiff's (insured) interest ahead of the shareholders' interest (Egan v. Mutual of Omaha).

19- **VERIFIED** As a result of the defendants' violation of §484(h) of California Penal Code, the plaintiff has sustained injuries as follows:

I.    Deprived of funds.

II.   Increased credit card debt.

III.  Humiliation and mental anguish due to being oppressed and not be able to reverse the course.

21- **VERIFIED** The Business and Professions code 17200 is typically read in the disjunctive subjecting any defendant to liability for activity violating **any of its Three prongs**:

(1) Unlawful,

(2) Unfair, and

(3) Fraudulent.

22- **VERIFIED** Violation of §484(h) of California penal code, is an unlawful act, meeting the requisite element of "Unlawful" Prong under the California's Business & Professions Code 17200.

23- **VERIFIED** The requisite elements of civil fraud (South Tahoe Gas Co. v. Hofmann Land Improve Co., 25 Cal.App.3d 750) are as follows:

(1) a false representation or concealment of a material fact (or, in some cases, an opinion) susceptible of knowledge,
(2) made with knowledge of its falsity or without sufficient knowledge on the subject to warrant a representation,
(3) with the intent to induce the person to whom it is made to act upon it; and such person must
(4) act in reliance upon the representation
(5) to his damage.

24- **VERIFIED** Defendant made the representation that they would not overcharge the plaintiff to convince the plaintiff to provide the defendant necessary information to enable the defendant to charge plaintiff's credit card. (Or, the defendant did not have sufficient information to make such a representation).

25- **VERIFIED** Plaintiff relied on the defendant's representation and provided her credit card information to the defendant.

26- **VERIFIED** The defendant made the representation to the plaintiff to convince the plaintiff to provide credit card information.

27- **VERIFIED** At all times herein, Plaintiff, relied on the Defendant's representation and trusted the Defendant with her welfare.

28- **VERIFIED** As a result of the overcharge by defendant the plaintiff has suffered financially.

23- **VERIFIED** Defendant had made false representation and/or representation without sufficient knowledge to establish the representation, that fully comply with the laws of the State of California, to convince the people of California (plaintiff is a member of) to issue license to do business in California. People of the State of California relied on the defendant's representation and issued the defendant to do business in California. As a result of defendant's overt-act of charging plaintiff's credit card, plaintiff has suffered financially.

## FIRST CAUSE OF ACTION

## VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE 17200, UNLAWFUL COMPETITION LAW, UNDER UNLAWFUL PRONG, IN THE MEANING OF VIOLATION OF §484(h) OF CALIFORNIA PENAL CODE AGAINST ALL DEFENDANTS

24- Plaintiff refers to each and every paragraph of the general allegations and verified statements common to all causes of action and incorporates those paragraphs as set forth in full in this cause of action.

25- **VERIFIED** There did a exist mutual understanding that the Defendant would comply with the laws of the state of California and will not steal money from the plaintiff by having necessary information to charge her credit card.

26- **VERIFIED** As a result of defendant's violation of Penal Code §484(h), the plaintiff sustained damages.

2

3

## SECOND CAUSE OF ACTION

4

### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE 17200, UNDER FRAUDULENT PRONG, IN THE MEANING OF CIVIL FRAUD (AGAINST ALL DEFENDANTS)

5

6

27- Plaintiff refers to each and every paragraph of the general allegations and verified statements

7

common to all causes of action First causes of action and incorporates those paragraphs as set forth in full

8

in this cause of action.

9

28- **VERIFIED** There does exist a mutual understanding that the defendants and all of them would

10

treat the consumers fairly and do not mislead them to provide their credit card information, and then use

11

that information to take money out of the consumers' credit cards.

12

29- **VERIFIED** Defendants, and each of them, have breached their duty of fair dealing and good faith

13

owed to plaintiff in the following respects:

14

(a) Failure to stop charging the plaintiff's credit card, after notice over the phone. And, even after the

15

plaintiff sent them a letter requesting that.

16

(b) Willfully and in bad faith withholding accurate and complete data from consumer as a result of

17

which the consumer sustained injuries.

18

(c) By falsely claiming that the balance and the charges were accurate at the time that they knew it

19

was not the case.

20

(d) By other acts or omissions of defendants.

21

30- **VERIFIED**As a further proximate result of the aforementioned wrongful conduct of defendants,

22

plaintiff had suffered anxiety, worry, mental and emotional distress and other incidental damages.

23

31- **ALLEGED** Defendants have acted towards plaintiff with a conscious disregard of plaintiff's

24

rights, or with the intent to vex, injure or annoy plaintiff, such as to constitute oppression, fraud or malice

25

under Civil Code 3295, entitling plaintiff to punitive damages.

26

27

28

32- Plaintiff believes in that **WHATEVER COURT DEEMS APPROPRIATE** would be a reasonable amount of punitive damages under the circumstances.

WHEREFORE, Plaintiff prays for judgment against the defendants, as follows:

1- Reimbursement of the charges to the credit card from the time the plaintiff did not have Safeco Insurance and had switched to Farmers.

2- General damages for mental anguish and emotional distress and other incidental damages in the sum of $50,000.00;

3- Punitive and exemplary damages in the amount the court deems appropriate, and

4- For such other and further relief as the Court deems proper.

5- Cost of this lawsuit.

Respectfully Submitted,

Dated: April 20th, 2019

SHAHNAZ NIKNAM,
Plaintiff in Pro Per

**VERIFICATION**
**CCP §446**

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES     )

I, SHAHNAZ NIKNAM, the undersigned, certify and declare that I have read the following complaint and know its contents.

I am a party to this action. The matters stated in the document described above are true of my own knowledge and belief except as those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:  April 20th, 2019          At: Beverly Hills, California

Signed: _____
                    SHAHNAZ NIKNAM

# EXHIBIT



A

12/22/18
EXHIBIT A

 **CHASE**

 Manage your account online: www.chase.com

 Customer Service: 1-800-524-3880

Mobile: Download the Chase Mobile® app today

| February 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$1,118.24**

Minimum Payment Due
**$28.00**

Payment Due Date
**02/15/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,078 |
| $42 | 3 years | $1,526 (Savings=$552) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: 4266 8414 6187 5815**

| | |
|---|---|
| Previous Balance | $1,558.16 |
| Payment, Credits | -$1,125.16 |
| Purchases | +$601.26 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$27.00 |
| Interest Charged | +$16.98 |
| **New Balance** | **$1,118.24** |
| Opening/Closing Date | 12/19/18 - 01/18/19 |
| Credit Access Line | $10,500 |
| Available Credit | $9,381 |
| Cash Access Line | $2,100 |
| Available for Cash | $2,100 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 52,536 |
| + 1% (1 Pt)/$1 earned on all purchases | 602 |
| **Total points available for redemption** | **53,138** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

---

0000001 FIS33339 D 3   N  Z  18  1901 18   Page 1 of 2   D6615   MA MA 63851   0181000003000385101   0404

## This Statement is a Facsimile - Not an original

**CHASE** 

4266841461875815000028000011182400000007

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| **Payment Due Date:** | 02/15/19 |
| **New Balance:** | $1,118.24 |
| **Minimum Payment:** | $28.00 |

Account number: 4266 8414 6187 5815

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

63851 BEX Z 018 19 D
SHAHNAZ NIKNAM
1128 REXFORD DR APT 2
LOS ANGELES CA 90035-1293

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

500016028 2031461875815?

22



**CHASE** | Manage your account online: www.chase.com | Customer Service: 1-800-524-3880 | Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/15 | LATE FEE REVERSAL | -27.00 |
| 01/15 | Payment Thank You-Branch Check | -1,098.16 |
| **PURCHASE** | | |
| 12/20 | 76 - DBA LEXINGTON ENTERP LOS ANGELES CA | 9.99 |
| 12/22 | SAFECO INSURANCE CO 800-332-3226 MA | 342.72 |
| 12/24 | ATT*CONS PHONE PMT 800-288-2020 TX | 52.33 |
| 12/26 | Netflix.com netflix.com CA | 7.99 |
| 01/09 | SMART AND FINAL 444 LOS ANGELES CA | 12.98 |
| 01/10 | APL*ITUNES.COM/BILL 800-275-2273 CA | .99 |
| 01/11 | SUBWAY    00131531 LOS ANGELES CA | 5.23 |
| 01/13 | TMOBILE*AUTO PAY 800-937-8997 WA | 119.25 |
| 01/12 | 7-ELEVEN 25304 LOS ANGELES CA | 8.78 |
| **FEES CHARGED** | | |
| 01/15 | LATE FEE | 27.00 |
| | TOTAL FEES FOR THIS PERIOD | $27.00 |
| **INTEREST CHARGED** | | |
| 01/18 | PURCHASE INTEREST CHARGE | 16.98 |
| | TOTAL INTEREST FOR THIS PERIOD | $16.98 |

*handwritten:* 12/22/18

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $27.00 |
| Total interest charged in 2019 | $16.98 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 21.24%(v)(d) | $941.56 | $16.98 |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 21.24%(v)(d) | - 0 - | - 0 - |

31 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases at Gas Stations, Tolls, and Drugstores between January 1 and March 31, 2019. Learn more and activate at chase.com/freedom or call 1-800-524-3880 by March 14, 2019.

SHAHNAZ NIKNAM
0000001  R533339 D 0

**This Statement is a Facsimile - Not an original**
N  2  18  19/01 18          Page 2 of 2          05516   MA MA  63851          Statement Date:  01/18/19
01B100000320005351/02

# EXHIBIT

## B

01/22/19
EXHIBIT B



Manage your account online:
www.chase.com

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

| March 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 24 | 25 | 26 | 27 | 28 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance
**$1,203.41**

Minimum Payment Due
**$29.00**

Payment Due Date
**03/15/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,328 |
| $46 | 3 years | $1,642 (Savings=$681) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: 4266 8414 6187 5815**

| | |
|---|---|
| Previous Balance | $1,118.24 |
| Payment, Credits | -$1,118.24 |
| Purchases | +$1,186.32 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$17.09 |
| New Balance | $1,203.41 |
| Opening/Closing Date | 01/19/19 - 02/18/19 |
| Credit Access Line | $10,500 |
| Available Credit | $9,296 |
| Cash Access Line | $2,100 |
| Available for Cash | $2,100 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 53,138 |
| + 1% (1 Pt)/$1 earned on all purchases | 1,187 |
| + Points moved from another account | 80 |
| **Total points available for redemption** | **54,405** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewords.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

0000001  F:5333339 D 3
0404

N  2  18  19-02-18

Page 1 of 2

06613  MA MA  44532      0491000003P0044452001

**This Statement is a Facsimile - Not an original**



42668414618758150000290000120341000000002

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| **Payment Due Date:** | 03/15/19 |
| **New Balance:** | $1,203.41 |
| **Minimum Payment:** | $29.00 |

Account number: 4266 8414 6187 5815

44532 BEX Z 04919 D
SHAHNAZ NIKNAM
1128 REXFORD DR APT 2
LOS ANGELES CA 90035-1233

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000160 28  203 1461875815 7

https://oneview.jpmchase.net/OneView/stmtPrintSubmit.star

4/17/2019

25

  

**CHASE** 🖳 Manage your account online: www.chase.com    Customer Service: 1-800-524-3880    Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/14 | Payment Thank You-Branch Check | -1,118.24 |
| **PURCHASE** | | |
| 01/18 | SQ *GAREGIN MARKOSYAN N HOLLYWOOD CA | 18.54 |
| 01/21 | Y C ELAT MEAT MARKET INC LOS ANGELES CA | 27.55 |
| 01/22 | SAFECO INSURANCE CO 800-332-3226 MA | 410.47 |
| 01/23 | ATT*CONS PHONE PMT 800-288-2020 TX | 92.33 |
| 01/25 | FARMERS INS BILLING 877-327-6392 CA | 380.96 |
| 01/25 | FARMERS INS BILLING 877-327-6392 CA | 26.47 |
| 01/25 | T-MOBILE STORE # 4577 LOS ANGELES CA | 47.53 |
| 01/26 | Netflix.com netflix.com CA | 7.99 |
| 01/30 | FEDEXOFFICE 00059188 BEVERLY HILLS CA | 5.13 |
| 02/04 | USPS PO 0545490035 LOS ANGELES CA | 27.35 |
| 02/04 | FEDEXOFFICE 00059188 BEVERLY HILLS CA | .57 |
| 02/05 | FEDEXOFFICE 00059279 LOS ANGELES CA | .57 |
| 02/10 | APL*ITUNES COMBILL 866-712-7753 CA | .99 |
| 02/10 | SPROUTS FARMERS MAR LOS ANGELES CA | 20.42 |
| 02/13 | TMOBILE*AUTO PAY 800-937-8997 WA | 119.25 |
| **INTEREST CHARGED** | | |
| 02/18 | PURCHASE INTEREST CHARGE | 17.09 |
| | TOTAL INTEREST FOR THIS PERIOD | $17.09 |

> 01/22/19

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $27.00 |
| Total interest charged in 2019 | $34.07 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 21.24%(v)(d) | $947.46 | $17.09 |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 21.24%(v)(d) | - 0 - | - 0 - |

31 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases
at Gas Stations, Tolls, and Drugstores
between January 1 and March 31, 2019.
Learn more and activate at chase.com/freedom or
call 1-800-524-3880 by March 14, 2019.

SHAHNAZ NIKNAM
0000001 FIS33339 D 5
**This Statement is a Facsimile - Not an original**
N  Z  18  18 02 18        Page 2 of 2
Statement Date: 02/18/19
06615  MA MA  44632   0491000003000445202

# EXHIBIT

# C

2/28/19
EXHIBIT C

 CHASE ◇    ✉ Manage your account online:
www.chase.com    📞 Customer Service:
1-800-524-3880    📱 Mobile: Download the
Chase Mobile® app today

| April 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$1,009.16**

Minimum Payment Due
**$25.00**

Payment Due Date
**04/15/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $1,770 |
| $38 | 3 years | $1,377 (Savings=$393) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number: 4266 8414 6187 5815**

| | |
|---|---|
| Previous Balance | $1,203.41 |
| Payment, Credits | -$1,203.41 |
| Purchases | +$1,009.16 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$1,009.16** |
| Opening/Closing Date | 02/19/19 - 03/18/19 |
| Credit Access Line | $10,500 |
| Available Credit | $9,490 |
| Cash Access Line | $2,100 |
| Available for Cash | $2,100 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 54,405 |
| + 1% (1 Pt)/$1 earned on all purchases | 1,010 |
| **Total points available for redemption** | **55,415** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

0000001   FIS33379 D 3
0404    N  2  18  19 03 18    Page 1 of 2    06615   MA MA  43418    0771000003000XX4317501

This Statement is a Facsimile - Not an original

 CHASE ◇    4266841461875815000025000100916000000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| **Payment Due Date:** | **04/15/19** |
| **New Balance:** | **$1,009.16** |
| **Minimum Payment:** | **$25.00** |

Account number: 4266 8414 6187 5815

$_____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

43478 66X Z 07719 D
SHAHNAZ NIKNAM
1128 REXFORD DR APT 2
LOS ANGELES CA 90035-1233

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000160 28   2031461875815 7



**CHASE** | Manage your account online: www.chase.com | Customer Service: 1-800-524-3880 | Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/14 | Payment Thank You-Branch Check | -1,203.41 |
| **PURCHASE** | | |
| 02/23 | ATT*CONS PHONE PMT 800-288-2020 TX | 91.46 |
| 02/22 | SAFECO INSURANCE CO 800-332-3226 MA | 379.22 |
| 02/25 | FARMERS INS BILLING 877-327-6392 CA | 19.44 |
| 02/25 | FARMERS INS BILLING 877-327-6392 CA | 354.14 ⟶ 2/28/19 |
| 02/26 | Netflix.com netflix.com CA | 7.99 |
| 03/10 | APL*ITUNES.COM/BILL 866-712-7753 CA | .99 |
| 03/13 | TMOBILE*AUTO PAY 800-937-8997 WA | 152.92 |
| 03/15 | 99 CENTS ONLY STORES #361 LOS ANGELES CA | 3.00 |

| **2019 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2019 | $27.00 |
| Total interest charged in 2019 | $34.07 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 21.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 21.24%(v)(d) | - 0 - | - 0 - |
| | | | 28 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

This Statement is a Facsimile - Not an original

29

https://oneview.jpmchase.net/OneView/stmtPrintSubmit.star    4/17/2019

EXHIBIT

D

EXHIBIT D

# SHAHNAZ NIKNAM
1128 S. Rexford Dr. #2
Los Angeles, CA 90035
Tel: (310) 210-8042

03/13/2019

Safeco Insurance Company:
Imperial Insurance Agency,
22938 Lyons Ave.
Santa Clarita, CA 91321-2718

Re: Policy Number:  **A3114987**
Account Number:  **7202-3114987**

Dear Representative:

Please accept my very best wishes and take notice that you have been taking money from my Chase Credit Card. Even though I had canceled this policy and had been insured with Farmers.

Please refund whatever you have so far charged and refrain from taking any money.

I thank you in advance for your anticipated courtesy and cooperation in resolving this dispute to prevent any potential lawsuit and wasting our time and money on litigation which could be avoided by simply working together.

Please confirm in writing receipt of this notice.

Best Regards,

Shahnaz Niknam.

31

EXHIBIT

E



Customer Service Center - Western
P.O. Box 15012
Chandler, AZ 85224-5012
(800) 874-8822

01/31/2019

EDMOND E MOGHADAM
1128 REXFORD DR APT 2
LOS ANGELES, CA 90035-1233

Vin 5YFBURHE0GP466805

Thank you for contacting Toyota Lease Trust regarding your CA registration
renewal notice. Per CA DMV, registration is being transferred to a new owner.
Release of liability is in process. You are no longer responsible for outstanding
registration fees that were assessed after the vehicle was returned. Per terms of
your lease agreement, any registration fees and citations that occurred while
you were in possession of this vehicle will remain your responsibility.

Sincerely,

Dalia SHOEMAKE / Authorized Agent

Toyota Motor Credit Corporation, Lexus Financial Services, Toyota Lease
Trust and Toyota Financial Services are one in the same.

33

| **SUPERIOR COURT OF CALIFORNIA** | Reserved for Clerk's File Stamp |
|---|---|
| **COUNTY OF LOS ANGELES** | |

| COURTHOUSE ADDRESS:<br>Santa Monica Courthouse<br>1725 Main Street, Santa Monica, CA 90401 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>04/22/2019 |
|---|---|
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | Sherri R. Carter, Executive Officer / Clerk of Court<br><br>By: ___Wynette Parker___ Deputy |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>19SMCV00764 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Craig D. Karlan | N | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

Sherri R. Carter, Executive Officer / Clerk of Court

on 04/22/2019
(Date)

By Wynette Parker _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

34

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.